UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | 24 Cr. |
| JASON STEELE, | |
| Defendant. | **24 CRIM 572** |

The above-named defendant, who is accused of (1) conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349; (2) conspiracy to commit commodities fraud, in violation of 18 U.S.C. § 371; and (3) conspiracy to commit securities fraud, in violation of 18 U.S.C. § 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Jason Steele
Defendant

_____
Witness

_____
Daniel Wachtell, Esq.
Attorney for Defendant

Dated: New York, New York
October 2, 2024

**COURT EXHIBIT**
No. 1